BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE AFFIDAVIT )
AND CRIMINAL COMPLAINTS RE: )
) 2:16-MJ-0026 AC
)
Pedro FUENTES; Edwin ARAMBULO; ) SEALING ORDER
Jorge VEGA-Macias; Vicente )
VELAZQUEZ; Leonel Villa LOPEZ; ) UNDER SEAL
Nicolas ZABALETA Sozueta; Ivan )
ALCARAZ; Arnulfo SANCHEZ; Luis )
Alberto Fernandez CONTRERAS; )
Victor HERNANDEZ-SOSA )
)
)
)

   Upon application of the United States of America and good cause having been shown,

   **IT IS HEREBY ORDERED** that the files in the above-captioned matter be, and are, hereby ordered sealed until further order of this Court.


DATED: January 26, 2016

_____
Hon. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE